

# NUMBER 13-12-00726-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J. R. S., M. D. S., AND D. D. B., CHILDREN

### On appeal from the 130th District Court
### of Matagorda County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Longoria
Memorandum Opinion Per Curiam**

This is an accelerated parental termination case. *See* TEX. R. APP. P. 28.4. Appellant, D.B.[1], filed a pro appeal from a judgment terminating his parental rights in cause number 11-E-0697-C.

---

[1] In appeals from cases involving the termination of parental rights, the rules of appellate procedure require the use of an alias to refer to a minor, "and if necessary to protect the minor's identity, to the minor's parent or other family member." Tex. R. App. P. 9.8.

On November 30, 2012, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5 and 25.1. *See* TEX. R. APP. P. 9.5 and 25.1. The Clerk directed appellant to file an amended notice of appeal with the district clerk's office within 15 days from the date of that notice. On January 31, 2013, the Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has not responded to the notices from the Clerk or corrected the defects.

An appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(b),(c). The Court, having considered the documents on file, and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed. *See id.* 37.3, 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the
21st day of March, 2013.